UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-00487-KDB-DCK

| | |
|---|---|
| GERARD C. TCHEUMANI, JR., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| BANK OF AMERICA, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on its review of the docket in this matter.

Pro se Plaintiff filed a Complaint in this matter on September 20, 2022. [Doc. 1]. He sought to proceed in forma pauperis. [Doc. 2]. On September 21, 2022, the Court denied Plaintiff's motion to proceed in forma pauperis without prejudice for the reasons stated in that Order. [Doc. 3]. The Court allowed Plaintiff 21 days to either pay the filing fee or to file an amended application to proceed in forma pauperis. [Id. at 1]. The Court advised Plaintiff that this case would be dismissed without further notice and without prejudice should Plaintiff fail to comply with the Court's Order. [Id. at 1-2]. Plaintiff has not complied. As such, the Court will dismiss this action.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED without prejudice**.

The Clerk is instructed to terminate these proceedings.

Signed: October 24, 2022

Kenneth D. Bell
United States District Judge